■ In the Matter of MINNIE J. BEY et al. v. NAT HENTEL et al.— Motion to vacate statutory stay denied on the ground that only the Court of Appeals

may now grant such relief in light of the order of this court (see 44 A D 2d 775). The interim order, dated May 1, 1974, affixed to the notice of motion, is hereby vacated. Concur — Nunez, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.